IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAIRO MONTGOMERY,
ADC #134647                                                                PETITIONER

5:09CV00322HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                          RESPONDENT

## ORDER

Petitioner has filed a petition for a writ of habeas corpus.

The Clerk will serve a copy of the Petition and this Order on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (20) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 30th day of November, 2009.

_____
United States Magistrate Judge