IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAIRO MONTGOMERY                                               PETITIONER

v.              Civil Case No. 5:09CV00322 SWW-JTK

LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a _de novo_ review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 16th day of September, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE