```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    PINE BLUFF DIVISION
```

JAIRO MONTGOMERY                                          PETITIONER

v.            Civil Case No. 5:09CV00322 SWW-JTK

LARRY NORRIS, Director,
Arkansas Department of Correction                         RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 16th day of September, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE